Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.:  17−11378−CMG
                Chapter:  7
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashika Shafi
   18 Vetter Court
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9493

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:      September 19, 2017      10:00 AM

at: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

The amount of the unpaid filing fee is:

$25.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: September 7, 2017
JAN: bwj

                                                          Jeanne Naughton
                                                          Clerk