| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Ashika Shafi <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9493 <br> EIN: _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:   13    1/24/17 |
| Case number: | 17–11378–CMG | Date case converted to chapter:   7    9/5/17 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ashika Shafi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 18 Vetter Court <br> North Brunswick, NJ 08902 | |
| 4. | **Debtor's attorney** <br> Name and address | Yakov Rudikh <br> Rudikh and Associates, LLC <br> 223 Rt. 18 South, Suite 108 <br> E. Brunswick, NJ 08816 | Contact phone (732) 659–6961 |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> McDonnell Crowley, LLC <br> 115 Maple Ave <br> Suite 201 <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 9/6/17 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 16, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:
Ashika Shafi
    Debtor

Case No. 17-11378-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Sep 06, 2017
                       Form ID: 309A      Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.

```
db             +Ashika Shafi,    18 Vetter Court,    North Brunswick, NJ 08902-1069
516719117      +Adroix Corp,    DBA Codeforce 360,    11381 Southbridge Parkway,    Alpharetta, GA 30022-4469
516606625      +Anesthesia Consultants of New Jersey LLC,    P.O. Box 416441,    Boston, MA 02241-6441
516719120      +Applab Systems Inc,    4041A Hadley Road,    South Plainfield, NJ 07080-1111
516871740       BONY as trustee CWALT, Inc. ALT 2006-HY12,    Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516780388      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516606627      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516606628       Brighter Dental Care North Brunswick,    46 Vreeland Drive, Suite 6,    Oldwick, NJ 08858
516606629      +Brunswick Urgent Care, PA,    3185 Route 27,    Franklin Park, NJ 08823-1313
516869692      +Cares Surgicenter LLC,    Att: Schachter Portnoy,    3490 US Route 1 Ste 6,
                 Princeton, NJ 08540-5920
516606632      +Client Services, Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
516606633      +David F Ahmadi MD,    222 Easton Ave,    New Brunswick, NJ 08901-1750
516719115      +Dell Corp,    DFS/Credit Disputes,    PO Box 81607,    Austin, TX 78708-1607
516850486       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516606635      +Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
516719118      +Info Smart, Inc,    5400 Laurel Springs Pkwy Suite #706,    Suwanee, GA 30024-6084
516606639      +Mamta M Shah,    1100 Centennial Ave Suite 101,    Piscataway, NJ 08854-4152
516606640      +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
516719123      +Monster Inc.,    133 Boston Post Rd,    Weston, MA 02493-2525
516606645      +NJ Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516606643      +National Enterprise Systems,    2479 Edison Blvd, Unit A,    Twinsburg, OH 44087-2476
516606644      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516606647      +PM Pediatrics of Livingston II,    One Hollow Lane Suite 301,    New Hyde Park, NY 11042-1215
516606646      +Pediatric Orthopdic Assoc,    585 Cranbury Road,    East Brunswick, NJ 08816-4092
516606648       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
516606649       Princeton Dermatology Associates,    1950 State Highway, Suite A,    North Brunswick, NJ 08902
516606650      +Professional Claims Bureau Inc,    PO Box 9060,    Hicksville, NY 11802-9060
516719121      +R Systems, Inc.,    5000 Windplay Drive, Suite 5,    El Dorado Hills, CA 95762-9319
516746234     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516606652       Saint Peter's University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
516606653      +Schachter Portnoy, LLC.,    3490 Route 1,    Suite 6,    Princeton, NJ 08540-5920
516606654      +Shellpoint Mortgage Se,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
516719122      +Source Edge, Inc,    913 N Market Street, Suite 200,    Wilmington, DE 19801-3097
516719116      +Technomax, Inc,    196 Princeton Hightstown Road,,    Bldg 1A, Ste 12,
                 West Windsor, NJ 08550-1672
516719119      +Varunavi, Inc.,    150 Cornerstone Drive,    Suite 104-J,    Cary, NC 27519-8481
516719114       Verizon,    PO Box 15043,    Albany, NY 12212-5043
516606656      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
516719113      +XO Communications,    13865 Sunrise Valley Drive,    Herdon, VA 20171-6187
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: yrudikh@gmail.com Sep 06 2017 23:32:00      Yakov Rudikh,
                 Rudikh and Associates, LLC,    223 Rt. 18 South, Suite 108,    E. Brunswick, NJ  08816
tr             +EDI: BJMMCDONNELLIII.COM Sep 06 2017 23:08:00      John Michael McDonnell,
                 McDonnell Crowley, LLC,    115 Maple Ave,    Suite 201,    Red Bank, NJ 07701-1753
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2017 23:32:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2017 23:32:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516606626       EDI: BANKAMER.COM Sep 06 2017 23:13:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
516606631       EDI: CITICORP.COM Sep 06 2017 23:13:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516606634       EDI: TSYS2.COM Sep 06 2017 23:08:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516627074      +EDI: IRS.COM Sep 06 2017 23:13:00      IRS,    POB 7346,    Philadelphia, PA 19101-7346
516751163       EDI: RESURGENT.COM Sep 06 2017 23:13:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
516832114      +EDI: MID8.COM Sep 06 2017 23:08:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516606641      +EDI: MID8.COM Sep 06 2017 23:08:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
516606642      +EDI: MID8.COM Sep 06 2017 23:08:00      Midland Funding, LLC,    PO Box 603,
                 Oaks, PA 19456-0603
516871677       EDI: PRA.COM Sep 06 2017 23:08:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516844805       E-mail/Text: bkdepartment@rtresolutions.com Sep 06 2017 23:33:07
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Sep 06, 2017
                              Form ID: 309A            Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516606655          EDI: RMSC.COM Sep 06 2017 23:13:00      Synchrony Bank,   PO Box 965064,
                    Orlando, FL 32896-5064
                                                                                          TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516606630          Cap1/bstby
516606651          Real Time Resolutions
516719179*        +Adroix Corp,   DBA Codeforce 360,   11381 Southbridge Parkway,   Alpharetta, GA 30022-4469
516719182*        +Applab Systems Inc,   4041A Hadley Road,   South Plainfield, NJ 07080-1111
516719177*        +Dell Corp,   DFS/Credit Disputes,   PO Box 81607,   Austin, TX 78708-1607
516606637*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,   44 South Clinton Ave,
                   Trenton, NJ 08601)
516606638*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Services,   P.O. Box 9052,
                   Andover, MA 01810-9052)
516719180*        +Info Smart, Inc,   5400 Laurel Springs Pkwy Suite #706,   Suwanee, GA 30024-6084
516606636*        +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516719185*        +Monster Inc.,   133 Boston Post Rd,   Weston, MA 02493-2525
516719183*        +R Systems, Inc.,   5000 Windplay Drive, Suite 5,   El Dorado Hills, CA 95762-9319
516719184*        +Source Edge, Inc,   913 N Market Street, Suite 200,   Wilmington, DE 19801-3097
516719178*        +Technomax, Inc,   196 Princeton Hightstown Road,,   Bldg 1A, Ste 12,
                   West Windsor, NJ 08550-1672
516719181*        +Varunavi, Inc.,   150 Cornerstone Drive,   Suite 104-J,   Cary, NC 27519-8481
516719176*         Verizon,   PO Box 15043,   Albany, NY 12212-5043
516719175*        +XO Communications,   13865 Sunrise Valley Drive,   Herdon, VA 20171-6187
                                                                                TOTALS: 2, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY12, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-HY12 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY12, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-HY12 skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Ashika  Shafi yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                         TOTAL: 7
```