UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ashika Shafi

Case No.: 17-11378
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 11/20/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on December 19, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 18 Ketter Court, North Brunswick, NJ 08902 - $615,000

Liens on property: $640,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Ave., Red Bank, NJ 07701
Telephone No.: (732) 383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Ashika Shafi
    Debtor

Case No. 17-11378-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 21, 2017
                Form ID: pdf905     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.

```
db            +Ashika Shafi,    18 Vetter Court,    North Brunswick, NJ 08902-1069
516719117     +Adroix Corp,    DBA Codeforce 360,    11381 Southbridge Parkway,    Alpharetta, GA 30022-4469
516606625     +Anesthesia Consultants of New Jersey LLC,     P.O. Box 416441,    Boston, MA 02241-6441
516719120     +Applab Systems Inc,     4041A Hadley Road,    South Plainfield, NJ 07080-1111
516606626    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516871740      BONY as trustee CWALT, Inc. ALT 2006-HY12,    Shellpoint Mortgage Servicing,    PO BOX 10826,
               Greenville, SC 29603-0826
516780388     +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
516606627     +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516606628      Brighter Dental Care North Brunswick,    46 Vreeland Drive, Suite 6,    Oldwick, NJ 08858
516606629     +Brunswick Urgent Care, PA,    3185 Route 27,    Franklin Park, NJ 08823-1313
516869692     +Cares Surgicenter LLC,    Att: Schachter Portnoy,    3490 US Route 1 Ste 6,
               Princeton, NJ 08540-5920
516606631     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516606632     +Client Services, Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
516606633     +David F Ahmadi MD,    222 Easton Ave,    New Brunswick, NJ 08901-1750
516719115     +Dell Corp,    DFS/Credit Disputes,    PO Box 81607,    Austin, TX 78708-1607
516850486      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
516606634     +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516606635     +Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
516719118     +Info Smart, Inc,    5400 Laurel Springs Pkwy Suite #706,    Suwanee, GA 30024-6084
516606639     +Mamta M Shah,    1100 Centennial Ave Suite 101,    Piscataway, NJ 08854-4152
516606640     +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
516719123     +Monster Inc.,    133 Boston Post Rd,    Weston, MA 02493-2525
516606645     +NJ Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516606643     +National Enterprise Systems,    2479 Edison Blvd, Unit A,    Twinsburg, OH 44087-2476
516606644     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516606647     +PM Pediatrics of Livingston II,    One Hollow Lane Suite 301,    New Hyde Park, NY 11042-1215
516606646     +Pediatric Orthopdic Assoc,    585 Cranbury Road,    East Brunswick, NJ 08816-4092
516606648      Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
516606649      Princeton Dermatology Associates,    1950 State Highway, Suite A,    North Brunswick, NJ 08902
516606650     +Professional Claims Bureau Inc,    PO Box 9060,    Hicksville, NY 11802-9060
516719121     +R Systems, Inc.,    5000 Windplay Drive, Suite 5,    El Dorado Hills, CA 95762-9319
516746234    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516606652      Saint Peter's University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
516606653     +Schachter Portnoy, LLC.,    3490 Route 1,    Suite 6,    Princeton, NJ 08540-5920
516606654     +Shellpoint Mortgage Se,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
516719122     +Source Edge, Inc,    913 N Market Street, Suite 200,    Wilmington, DE 19801-3097
516719116     +Technomax, Inc,    196 Princeton Hightstown Road,,    Bldg 1A, Ste 12,
               West Windsor, NJ 08550-1672
516719119     +Varunavi, Inc.,    150 Cornerstone Drive,    Suite 104-J,    Cary, NC 27519-8481
516719114      Verizon,    PO Box 15043,    Albany, NY 12212-5043
516606656     +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
516719113     +XO Communications,    13865 Sunrise Valley Drive,    Herdon, VA 20171-6187
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 00:05:18     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 00:05:15     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Nov 22 2017 00:04:44
               United States of America (Internal Revenue Service,    U.S. Attorney's Office,
               970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
516751163      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 00:28:34     LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516832114     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 00:05:15     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
516606641     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 00:05:15     Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516606642     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 00:05:15     Midland Funding, LLC,
               PO Box 603,    Oaks, PA 19456-0603
516871677      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 02:09:51
               Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
               Norfolk VA 23541
516844805      E-mail/Text: bkdepartment@rtresolutions.com Nov 22 2017 00:05:26
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2017
                              Form ID: pdf905          Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516606655         E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:27:17      Synchrony Bank,   PO Box 965064,
                  Orlando, FL 32896-5064
                                                                                                 TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516606630         Cap1/bstby
516606651         Real Time Resolutions
516719179*       +Adroix Corp,   DBA Codeforce 360,    11381 Southbridge Parkway,    Alpharetta, GA 30022-4469
516719182*       +Applab Systems Inc,    4041A Hadley Road,   South Plainfield, NJ 07080-1111
516719177*       +Dell Corp,   DFS/Credit Disputes,    PO Box 81607,   Austin, TX 78708-1607
516606637*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    44 South Clinton Ave,
                   Trenton, NJ 08601)
516606638*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Services,    P.O. Box 9052,
                   Andover, MA 01810-9052)
516627074*       +IRS,   POB 7346,   Philadelphia, PA 19101-7346
516719180*       +Info Smart, Inc,    5400 Laurel Springs Pkwy Suite #706,    Suwanee, GA 30024-6084
516606636*       +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
516719185*       +Monster Inc.,   133 Boston Post Rd,    Weston, MA 02493-2525
516719183*       +R Systems, Inc.,    5000 Windplay Drive, Suite 5,    El Dorado Hills, CA 95762-9319
516719184*       +Source Edge, Inc,    913 N Market Street, Suite 200,    Wilmington, DE 19801-3097
516719178*       +Technomax, Inc,   196 Princeton Hightstown Road,,    Bldg 1A, Ste 12,
                  West Windsor, NJ 08550-1672
516719181*       +Varunavi, Inc.,    150 Cornerstone Drive,   Suite 104-J,    Cary, NC 27519-8481
516719176*        Verizon,   PO Box 15043,   Albany, NY 12212-5043
516719175*       +XO Communications,    13865 Sunrise Valley Drive,    Herdon, VA 20171-6187
                                                                                   TOTALS: 2, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY12, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-HY12 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY12, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-HY12 skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Ashika  Shafi yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                               TOTAL: 6
```